# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 5/20/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/20/2015 8:41:01 AM

CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS**

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ
Chris Daniel, District Clerk
Harris County, T E X A S**

**CAUSE:**   2013-00567

**VOLUME** ____   **PAGE** ____   **OR**   **IMAGE #** 64316910

**DUE** 6/18/2015   **ATTORNEY** 06590000

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 2/18/2015

**MOTION FOR NEW TRIAL DATE FILED** 3/19/2015

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 5/14/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED:  YES** ☐ **NO** ☒  **IMAGED FILED:  YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By:   /s/MICHELLE LOPEZ
       **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

5/14/2015 2:15:23 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5287099
By: Phyllis Washington
Filed: 5/14/2015 2:15:23 PM

## CAUSE NO. 2013-00567

| | | |
|---|---|---|
| POST OAK LANE TOWNHOME OWNERS ASSOCIATION<br>*Plaintiff* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1 AND WADE RINER, INDIVIDUALLY<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 11TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Pursuant to Rule 25 of the TEXAS RULES OF APPELLATE PROCEDURE, POST OAK LANE TOWNHOME OWNERS ASSOCIATION, Plaintiff ("Post Oak"), hereby gives notice of its desire to appeal from a Judgment dated February 18, 2015 (the "Judgment") as more fully set forth below:

1.      The trial court, case number and style of the cause being appealed from is set forth hereinabove.

2.      The Judgment Post Oak seeks to appeal was entered by the trial court on February 18, 2015.

3.      Post Oak appeals the Judgment to the First or Fourteenth Court of Appeals for the State of Texas.

4.      The party filing this notice is Post Oak and a party affected by the Judgment of the trial court.

5.      Post Oak timely filed a Motion for New Trial on March 19, 2015.

TLD:JLE:10-1221-09: Notice of Appeal

**SIGNED** this 14th day of May, 2015.

Respectfully submitted,

**FRANK, ELMORE, LIEVENS,
CHESNEY & TURET, L.L.P.**


*/s/ Jerry L. Elmore*
**Jerry L. Elmore**
State Bar No. 06590000
**William L. Van Fleet**
State Bar No. 20494750
9225 Katy Freeway, Ste. 250
Houston, Texas 77024-1564
713-224-9400 Telephone
713-224-0609 Fax
jelmore@felct.com
bvfleet@comcast.net

**Attorneys For Post Oak Lane
Townhome Owners Association**


<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned attorney, hereby certify that a true and correct copy of the

foregoing *Notice of Appeal* has been forwarded by email and/or fax and/or first class mail

to the following attorneys of record on this 14th day of May, 2015:

| | |
|---|---|
| Michael J. McKleroy, Jr.,<br>AKERMAN SENTERFITT, LLP<br>2001 Ross Avenue, Suite 2550<br>Dallas, Texas 75201<br>*Via Email: michaelckleroy@akerman.com*<br>*And First Class U.S. Mail* | Janet Douvas Chafin<br>JACKSON WALKER L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>*Via Email: jchafin@jw.com*<br>*And First Class U.S. Mail* |


*/s/ Jerry L. Elmore*
Jerry L. Elmore

CAUSE NO. 2013-00567

| | | |
|---|---|---|
| POST OAK LANE TOWNHOME | § | IN THE DISTRICT COURT OF |
| OWNERS ASSOCIATION | § | |
| Plaintiff, | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| THE BANK OF NEW YORK MELLON, | § | |
| fka The Bank Of New York, as Trustee | § | |
| for the Certificateholders of CWABS | § | |
| Series 2003-BC1, and WADE RINER | § | |
| Defendants | § | 11TH JUDICIAL DISTRICT |

### FINAL SUMMARY JUDGMENT FOR DEFENDANTS, and DECLARING TITLE VESTED IN DEFENDANT RINER

Each of the parties' respective motions for summary judgment came before the Court for consideration. After considering each of the direct and cross- motions for summary judgment filed by Plaintiff, Defendant The Bank of New York Mellon ("BONY"), and Defendant Wade Riner ("Riner"), respectively, as well as any responses, objections and replies thereto, and after hearing the arguments of counsel, the Court finds that the cross motions for summary judgment filed by Riner and BONY are meritorious and should be GRANTED, and that the Plaintiff's Motion for Summary Judgment should be and is hereby DENIED. It is therefore,

ORDERED, ADJUDGED, AND DECREED that both of the cross-motions for summary judgment filed by Riner and BONY, respectively are hereby GRANTED. It is further,

ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing by its suit, that all of Plaintiff's claims asserted against Defendants Riner and BONY are denied and are dismissed with prejudice, and all costs of court are to be taxed against Plaintiff. It is further,

ORDERED, ADJUDGED, DECREED, and DECLARED that title to the real property located at 450 Post Oak Lane, Unit E-1, Houston, Texas 77024 ("Property") is fully vested in fee simple to Defendant Riner, and none of the Plaintiffs possess any current or future rights, interests, or expectancy in the Property. The Property is more fully described in the Special

Final Summary Judgment for Defendants
*Post Oak Lane v. Bank of New York, et al*
Cause No. 2013-00567

Page 1 of 3

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Warranty Deed ("Deed") from BONY to Riner, dated January 7, 2013. A true and correct copy of the Deed is attached hereto as Exhibit 1. It is further,

ORDERED, ADJUDGED, DECREED, and DECLARED that all rental income generated from the Property and collected by Plaintiff attributable to rental of the Property on and subsequent to January 7, 2013, is awarded by this Judgment to Defendant Riner, to be paid by Plaintiff to Defendant Riner, ~~which includes and is not limited to all rental income received by Plaintiff and thereafter deposited into the registry of the County Court with regard to Cause No. 1,031,112 in the County Court at Law No. 3, *Wade Riner vs. Randy Gerson, Brett A. Thompson, Sharon Thompson, and /or All Other Occupants of 450 North Post Oak Lane, Houston, Texas 77024*, in Harris County, Texas ("County Court Lawsuit").~~ It is further,

~~ORDERED, ADJUDGED, and DECREED that the County Clerk of Harris County, Texas Clerk is ordered to release all funds being held in the Registry of the County Court with regard to the County Court Lawsuit to Wade Riner upon the presenting of a certified copy of this signed Order to the Clerk of the Registry of the County Court. It is further~~

ORDERED, ADJUDGED, and DECREED that all relief requested by any party which is not expressly granted or denied above is hereby DENIED. This is a final judgment which disposes of all claims as to all parties. This is a final judgment from which an appeal may be pursued.

FEB 1 8 2015

SIGNED this _____ day of _____, 2015.

_____
HON. MIKE D. MILLER

WD
A

# SPECIAL WARRANTY DEED

**NOTICE OF CONFIDENTIALITY RIGHTS:   IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT. THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

Date:  To be effective as of _____January 7_____, _2013_ (the "Effective Date")

Grantor:  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1, ACTING HEREIN BY AND THROUGH ITS DULY AUTHORIZED AGENT AND ATTORNEY IN FACT, BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

Grantor's Mailing Address:

1EE

Grantee:  WADE RINER

Grantee's Mailing Address:  7700 SAN FELIPE STE. #456, HOUSTON, TEXAS   77063

Consideration:  TEN AND NO/100——($10.00)——DOLLARS CASH AND OTHER GOOD AND VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED AND CONFESSED.

Property (including any Improvements):
THE FOLLOWING DESCRIBED APARTMENT UNIT AND AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS, LOCATED IN AND BEING PART OF POST OAK LANE TOWNHOMES PHASE I, A CONDOMINIUM REGIME IN HARRIS COUNTY, TEXAS, ACCORDING TO THE DECLARATION AND THE SURVEY PLATS, EXHIBIT AND BY-LAWS ATTACHED THERETO, RECORDED IN VOLUME C-14 PAGE 60 OF THE CONDOMINIUM RECORDS, HARRIS COUNTY, TEXAS:

UNIT E-1 IN BUILDING "E";

TOGETHER WITH A PROPORTIONATE INTEREST IN AND TO THE COMMON AREA, AS SET FORTH IN SAID DECLARATION OF CONDOMINIUM REGIME AND AS SHOWN ON SAID PLAT.

Reservations from and Exceptions to Conveyance and Warranty:
THIS CONVEYANCE IS EXECUTED, DELIVERED AND ACCEPTED SUBJECT TO AD VALOREM TAXES FOR THE CURRENT YEAR, ROLLBACK TAXES DUE TO THIS CONVEYANCE OR GRANTEE'S USE OF THE SUBJECT PROPERTY, MAINTENANCE FUND LIENS, ZONING ORDINANCES, UTILITY DISTRICT ASSESSMENTS AND STANDBY FEES, IF ANY, ANY AND ALL VALID UTILITY EASEMENTS CREATED BY THE DEDICATION DEED OR PLAT OF THE SUBDIVISION IN WHICH SAID REAL PROPERTY IS LOCATED, RECORDED EASEMENTS, RESERVATIONS OF RECORD IN HARRIS COUNTY, TEXAS, MINERAL RESERVATIONS AND LEASES, RESTRICTIONS, COVENANTS, CONDITIONS, RIGHTS OF WAY EASEMENTS, IF ANY, AFFECTING THE HEREIN DESCRIBED PROPERTY BUT ONLY TO THE EXTENT THE SAME ARE VALID AND SUBSISTING.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever.  Grantor binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to Reservations from Conveyance and the Exceptions to

Warranty Deed (TxSpWd5) / PRUD_000112176

**EXHIBIT**

**1**

tabbies

Conveyance and Warranty, when the claim is by, through, or under Grantor, but not otherwise.

When the context requires, singular nouns and pronouns include the plural.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1, 6OR ACTING HEREIN BY AND THROUGH ITS DULY AUTHORIZED AGENT AND ATTORNEY IN FACT, BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP.

BY: _____
Nubia Escobar, AVP

(Acknowledgment)

THE STATE OF _TEXAS_

COUNTY OF _Collin_

This instrument was acknowledged before me on the ___7th___ day of ___January___, ___2013___ by ___Nubia Escobar___, ___AVP___ OF BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, AS AGENT AND ATTORNEY IN FACT ON BEHALF OF THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1, , ON BEHALF OF SAID.

Notary Public, State of ___TEXAS___
My Commission Expires: _07/01/2015_
Notary's printed Name: _Cindy Ton_

**CHICAGO TITLE**
GF# _12-615128_

AFTER RECORDING RETURN TO:
WADE/RIVER
7700 SAN FELIPE STE. #458,
HOUSTON, TEXAS 77063

CINDY TON
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-01-15

Chicago Title
9720 Cypresswood Drive, Ste. 100
Houston, Texas 77070
Office (281)469-8200
Fax (281)469-9942

## Exhibit "A"

"Subject to all easements, covenants, conditions, restrictions and rights of way and other matters whether or not of record, those matters that would be disclosed by an accurate survey of the property or physical inspection thereof, and any right of redemption or similar legal right in any former owner, its successors and assigns, and the rights, if any, of all tenants and licensees (whether or not in default under any occupancy or use agreements), any other occupants of the property (whether or not authorized by Grantor), and any persons claiming a right to lease, use or occupy all or a portion of the property, in each case whether or not currently in actual possession of all or a portion of the property.

In addition, Grantee acknowledges and agrees, notwithstanding any statutory or implied warranties contained herein, Grantee shall make any claims pursuant to this deed within ninety (90) days of the date hereof, as more particularly provided in the Purchase and Sale Agreement between Grantor and Grantee."

20130072457
# Pages 4
02/15/2013    10:50:17 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees 24.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS

CAUSE NO. 2013-00567

| | | |
|---|---|---|
| POST OAK LANE TOWNHOME OWNERS ASSOCIATION<br>*Plaintiff* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | |
| | § | HARRIS COUNTY, TEXAS |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS SERIES 2003-BC1 AND WADE RINER, INDIVIDUALLY<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§ | 11TH JUDICIAL DISTRICT |

PLAINTIFF ASSOCIATION'S MOTION FOR NEW TRIAL
OR ALTERNATIVELY MOTION FOR RECONSIDERATION

TO THE HONORABLE DISTRICT JUDGE:

Post Oak Lane Townhome Owners Association (the "Association"), Plaintiff herein, files this Motion for New Trial or Alternatively Motion for Reconsideration and would respectfully show the Court the following:

1.      On February 18, 2015, this Court signed a Final Summary Judgment for Defendants, and Declaring Title Vested in Defendant Riner (the "Final Judgment") pursuant to which the Court  determined that title to Condominium Unit 1, Building E (the "Unit"), in the condominium project known as the Post Oak Lane Townhomes.

2.      As more thoroughly discussed in the Association's Motion for Summary Judgment, as well as its Combined Response to the Motions for Summary Judgment filed by the Bank of New York ("BONY") and Wade Riner ("Riner"), Riner's claim to title to the Unit is predicated entirely upon the validity of BONY's foreclosure sale of its lien on the Unit, which occurred in January 2012.

3. BONY's foreclosure sale was void, however, because it occurred more than four years after it had accelerated the maturity of its promissory note secured by its lien on the Unit. *See* TEX. CIV. PRAC. & REM.CODE § 16.035(d); *Holy Cross Church of God in Christ v. Wolf*, 44 S.W.3d 562, 567 (Tex. 2001).

4. Moreover, BONY is judicially estopped from contending that it did not accelerate the maturity of its promissory note any later than February 2006 because it successfully alleged it had done so under oath in Cause No. 2006-08084 in the 334th District Court of Harris County, Texas, and obtained a final judgment authorizing it to foreclose its lien on the Unit based upon that sworn allegation.

5. Nor can BONY meritoriously claim that it abandoned its prior acceleration of the maturity of its promissory note since it stipulated that it never entered into any agreement with its borrower to do so, and it never released or otherwise filed any document of record purporting to invalidate or otherwise abandon the final judgment it obtained in Cause No. 2006-08084.

6. Accordingly, the Association respectfully requests that the Court vacate the Final Judgment and grant the Association a new trial as to its claims to superior title to the Unit or, alternatively, vacate the Final Judgment and enter judgment vesting title to the Unit in the Association.

***Wherefore, premises considered,*** the Association respectfully requests that the Court vacate the Final Judgment and grant the Association a new trial as to its claims to superior title to the Unit or, alternatively, vacate the Final Judgment and enter judgment vesting title to the Unit in the Association.

Dated this 19th day of March, 2015.

Respectfully submitted,
**FRANK, ELMORE, LIEVENS,
CHESNEY & TURET, L.L.P.**


/s/ Jerry L. Elmore_____
**Jerry L. Elmore**
State Bar No. 06590000
**William L. Van Fleet**
State Bar No. 20494750
9225 Katy Freeway, Suite 250
Houston, Texas 77024-1564
713-224-9400 Telephone
713-224-0609 Fax
*bvfleet@comcast.net*
*jelmore@felct.com*

***Attorneys for Plaintiff***


## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing *Plaintiff Association's Motion for New Trial or Alternatively Motion for Reconsideration* has been forwarded by email and/or fax and/or first class mail to the following attorneys of record on this 19th day of March, 2015:


Michael J. McKleroy, Jr.,
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
*Via Email: michael.mckleroy@akerman.com*
*And First Class U.S. Mail*

Janet Douvas Chafin
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
*Via Email: jchafin@jw.com*
*And First Class U.S. Mail*


/s/ Jerry L. Elmore_____
Jerry L. Elmore

CASE NUM: 201300567__ PJN> __ TRANS NUM: _____ CURRENT COURT: 11  PUB? _
CASE TYPE: OTHER CIVIL                 CASE STATUS: DISPOSED (FINAL)
STYLE: POST OAK LANE TOWNHOME OWNERS ASS VS BANK OF NEW YORK MELLON (THE) (FK
==============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                          STAT
_     00005-0001 DEF 02785200 RINER, WADE                     CHAFIN, JANET
_     00004-0001 AGT          BANK OF NEW YORK MELLON (THE)
_     00003-0001 DEF          BANK OF NEW YORK (THE)
_     00002-0001 DEF 24000095 BANK OF NEW YORK MELLON (THE)   MCKLEROY, MIC
_     00001-0001 PLT 06590000 POST OAK LANE TOWNHOME OWNERS   ELMORE, JERRY


==> (5) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP